IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY HANLEY and LINDA HANLEY,**

    **Plaintiffs,**

 **vs.**

**COTTRELL, INC.,**

    **Defendant.**                                      **Case No. 04-cv-889-DRH**

**ORDER**

**HERNDON, District Judge:**

      The Court orders that defendant Cottrell, Inc.'s Motion to Stay Discovery Pending the Court's Ruling on Cottrell's Motion for Summary Judgment (Doc. 23) is hereby **GRANTED**. The deadlines in the scheduling order and all discovery unrelated to whether plaintiffs' claims are time-barred by the Illinois Statute of Limitations (including the doctrines of equitable tolling and equitable estoppel) are hereby **STAYED** pending the Court's determination of Cottrell's Motion for Summary Judgment (Doc. 22).

      **IT IS SO ORDERED.**

      Signed this 26th day of October, 2005.

                                                         /s/        David RHerndon
                                                         **United States District Judge**