IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY HANLEY and LINDA HANLEY,**

    **Plaintiffs,**

    -vs-    No. 04-CV-889 DRH

**COTTRELL, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion is **GRANTED**. Judgment is entered in favor of Defendant **COTTRELL, INC.** and against Plaintiffs R**ODNEY HANLEY and LINDA HANLEY.**

    **NORBERT G. JAWORSKI, CLERK**

March 2, 2006.    By: s/ Patricia Brown
    Deputy Clerk

APPROVED: /s/ David RHerndon
    **U.S. DISTRICT JUDGE**